In the Matter of the Claim of JAMES W. CROSS, Respondent, against JOHN P. WHITTLEY, Alleged Employer, Appellant. STATE INDUSTRIAL BOARD, Respondent. —Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the employer was not engaged in a business carried on for pecuniary gain. (*Matter of Kender* v. *Reineking*, 228 N. Y. 240.) All concur.

In the Matter of the Claim of SIGRID EASER, Respondent, against CHARLES A. H. PRATT and Others, Trustees under the Last Will of GEO. L. McALPIN, Deceased, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALLEN HUNT, Respondent, against COMMISSIONERS OF BOXWOOD CEMETERY ASSOCIATION, Respondent, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the employer against the insurance carrier.

In the Matter of the Claim of JENNIE KALB, Respondent, against ALFRED DI GERONIMO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Lipschitz* v. *Hotel Charles* (252 N. Y. 518).

In the Matter of the Claim of BENJAMIN F. NELLIS, Appellant, against STATE DEPARTMENT OF PUBLIC WORKS, Employer, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of VINCENT RANDAZZO, Appellant, against WHITMORE, RAUBER & VICINUS, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Appeal from order denying motion to reopen dismissed. (See *Matter of Strand* v. *Harris Structural Steel Co., Inc.*, 234 App. Div. 341.)

In the Matter of the Claim of EMMA TSCHECHNE, Respondent, against AUTOMATIC VOTING MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ABRAHAM TOWBIN (Also Known as ALLEN TOWBIN), Respondent, against NAPANOCH COUNTRY CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of RUTH MACKIE and Another, Appellants, against NATIONAL BROADCASTING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of Dr. EDGAR W. ROBERTS and Others, Appellants, against CUSHMAN'S SONS, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of ISABEL RIDDELL, Respondent, against MILLER FOUNTAIN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted, with costs against the State Industrial Board, because of the arbitrary rulings of the referee and his refusal of the employer's request to produce medical proof. All concur.